IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DONALD HOWERTON )
 )
       Plaintiff, )
 )
vs. ) Case No.CIV-10-972-R
 )
GEICO GENERAL INSURANCE CO. )
 )
       Defendant. )

ADMINISTRATIVE CLOSING ORDER

    On the representations from counsel for both sides that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

    If the parties have not reopened this case within 45 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed.

    IT IS SO ORDERED this 7th day of December,2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE